IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-133-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TERRY DEMETRIUS BYRD, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for a sentence reduction under

Amendment 821 [D.E. 326] not later than June 30, 2026.

SO ORDERED. This 19 day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge
